# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: LEAUNZIA C. SIDDELL & TIFFANEY Y. SIDDELL                    Case Number: 05-74069
6854 PRAIRIE NOOK                    SSN-xxx-xx-3883 & xxx-xx-5547
ROSCOE, IL  61073

Case filed on: 8/11/2005
Plan Confirmed on: 10/28/2005

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $35,202.89        Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 164.00 | 164.00 | 164.00 | 0.00 |
|  | Total Administration | 164.00 | 164.00 | 164.00 | 0.00 |
| 000 | BALSLEY & DAHLBERG LLP | 2,700.00 | 2,700.00 | 2,700.00 | 0.00 |
|  | Total Legal | 2,700.00 | 2,700.00 | 2,700.00 | 0.00 |
| 005 | MARILYN J. WASHBURN | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | JOSEPHINE J. MICELI | 0.00 | 0.00 | 0.00 | 0.00 |
| 201 | DAIMLER CHRYSLER SERVICES N.A. LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| 202 | COUNTRYWIDE HOME LOANS INC | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | LEAUNZIA C. SIDDELL | 0.00 | 0.00 | 1,840.66 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 1,840.66 | 0.00 |
| 001 | DAIMLER CHRYSLER SERVICES | 15,502.37 | 0.00 | 0.00 | 0.00 |
| 002 | COUNTRYWIDE HOME LOANS | 27,179.03 | 27,179.03 | 27,179.03 | 0.00 |
| 008 | COUNTRYWIDE HOME LOANS | 450.00 | 450.00 | 450.00 | 0.00 |
|  | Total Secured | 43,131.40 | 27,629.03 | 27,629.03 | 0.00 |
| 003 | MBNA | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | SPRINT | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | CREDITORS BANKRUPTCY SERVICE | 251.47 | 251.47 | 251.47 | 0.00 |
| 009 | ROCKFORD MERCANTILE AGENCY INC | 172.00 | 172.00 | 172.00 | 0.00 |
| 010 | MUTUAL MANAGEMENT SERVICES | 436.25 | 436.25 | 436.25 | 0.00 |
|  | Total Unsecured | 859.72 | 859.72 | 859.72 | 0.00 |
|  | Grand Total: | 46,855.12 | 31,352.75 | 33,193.41 | 0.00 |

Total Paid Claimant:     $33,193.41
Trustee Allowance:       $2,009.48         Wherefore, your petitioner prays that a final Decree be entered
Percent Paid Unsecured:     100.00         discharging the trustee and the trustee's surety from any and all
liablility on account of the within proceedings, and closing the estate,
and for such other relief as is just.  Pursuant to FRBP, I hereby
certify that the subject case has been fully administered.

Report Dated:

   /s/ Lydia S. Meyer
Lydia S. Meyer, Trustee


This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.


Dated at Rockford, IL  on 11/30/2007        By  /s/Heather M. Fagan